Peter FYOCK, Defendant in Error, v. PENN-SYLVANIA RAILROAD COMPANY, Plaintiff in Error.

No. 111.

Circuit Court of Appeals, Second Circuit.
Dec. 19, 1932.

Searl & McElroy, of Syracuse, N. Y. (Clifford H. Searl, of Syracuse, N. Y., of counsel), for defendant in error.

Harold J. Adams, of Buffalo, N. Y. (Percy R. Smith, of Buffalo, N. Y., of counsel), for plaintiff in error.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

GEORGIA CASUALTY CO., Appellant, v. D. H. CLOUGH, an Individual, etc.

No. 9621.

Circuit Court of Appeals, Eighth Circuit.
Oct. 6, 1932.

Daniel F. Foley, of Minneapolis, Minn., for appellant.

James G. Nye, of Duluth, Minn., for appellee.

PER CURIAM.
Appeal docketed and dismissed, with costs, on motion of appellee, under Rule 16.

GOON ex rel. WONG WING SUM, alias, v. John F. STOKES, Lieutenant Detective, Massachusetts State Police.

No. 2750.

Circuit Court of Appeals, First Circuit.
Jan. 4, 1933.

PER CURIAM.
Upon motion of appellant, the appeal was dismissed.

GREATER CITY SURETY & INDEMNITY CORPORATION v. UNITED STATES of America.

No. 4763.

Circuit Court of Appeals, Seventh Circuit.
Dec. 22, 1932.

George K. Bowden, of Chicago, Ill., for appellant.

Dwight H. Green, U. S. Atty., of Chicago, Ill.

Before ALSCHULER and EVANS, Circuit Judges.

PER CURIAM.
Pursuant to stipulation of counsel filed this day, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed, without costs. It is further ordered that the mandate of this court in this cause issue forthwith.

GREER INVESTMENT COMPANY, a Corporation, et al. v. T. J. BOOTH et al.

No. 691.

Circuit Court of Appeals, Tenth Circuit.
Sept. 21, 1932.

See, also, 62 F.(2d) 321.

H. G. McKeever, of Enid, Okl., Elmer J. Lundy and N. A. Gibson, both of Tulsa, Okl., for appellants.

Edward G. Fletcher, of Providence, R. I., and Moss, Breckinridge & Young, of Tulsa, Okl., for appellees.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.
Appeal [52 F.(2d) 857] dismissed September 21, 1932, as to all appellants other than Petroleum Royalties Company of Oklahoma, a corporation, on motion of appellants.